AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Carlos Eduardo Quezada-Diaz | )  Case No.   25-096 (MJ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 6, 2025___ in the county of ___-___ in the ___--___ District of ___Puerto Rico___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(1) | Illegal reentry of removed alien |

This criminal complaint is based on these facts:

See Attached Affidivit.
Reviewed by: AUSA Antonio J. Lopez-Rivera

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

LUIS O GONZALEZ-ENCARNACION
Digitally signed by LUIS O GONZALEZ-ENCARNACION
Date: 2025.02.06 10:34:44 -04'00'

_____
_Complainant's signature_

HSI SA, Luis Gonzalez-Encarnacion
_____
_Printed name and title_

Sworn to before me pursuant to FRCP 4.1 at _11:00 a.m._ by telephone, this ___6th___ day of February 2025,        in San Juan, Puerto Rico.

Date: ___February 6, 2025___

Digitally signed by Hon. Bruce J. McGiverin
_____
_Judge's signature_

City and state:        ___San Juan, Puerto Rico___        Hon. Bruce J. McGiverin, United States Magistrate Judge
_____
_Printed name and title_