**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Luis Gonzalez-Encarnacion, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with Homeland Security Investigations and have been since December 2023. I am currently assigned to the Human Exploitation Investigations Group in San Juan, Puerto Rico. Prior to my appointment as a Homeland Security Investigations Special Agent, I was appointed in 2019 as a Border Patrol Agent with the United States Border Patrol. As a Homeland Security Investigations Special Agent, I have received formal and on the job training and I am authorized to investigate violations of laws of the United States and to execute and serve any order, subpoena, summons, warrant, or other process issued under the authority of the United States. I am familiar with the statutes of the United States Code, and as a federal law enforcement officer, I have participated in investigations, surveillance, interviews, interrogations, arrests, searches, seizures, administration of oaths, and in taking and considering evidence concerning the privilege of any person to enter, reenter, pass through, or reside in the United States. Based on my law enforcement experience detailed herein, as well as my training, and experience of other law enforcement officers who are participating in this investigation, serve as the basis for the conclusion set forth herein.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter. I make this affidavit based on my own personal knowledge and on oral and written reports by other federal, state, and/or local law enforcement agents and officers that investigated this matter. This affidavit does not contain all the information derived from this investigation only that which is sufficient to demonstrate probable cause to believe that a crime has been committed.

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 8 U.S.C. § 1326(a) – *Ilegal Reentry of removed alien* has been committed by Carlos Eduardo QUEZADA-Diaz ("QUEZADA").

## PROBABLE CAUSE

1. On February 5, 2025, at approximately 11:30am, QUEZADA was encountered and arrested without incident by Homeland Security Investigations Agents (HSI) in San Juan, Puerto Rico. QUEZADA was arrested inside bakery Mas Mallorca (Mas Mallorca) located at Calle Albania 1000, Esquina Avenida Andalucia, San Juan, Puerto Rico, 00920.

2. HSI SAs encountered QUEZADA working as a manager at the Mas Mallorca.

4. HSI SAs requested an identification, which QUEZADA willingly provided, and performed an immigration examination on QUEZADA. As a result, it was determined that QUEZADA is a national and citizen of the Dominican Republic who was and continues to be illegally present in the United States.

5. Subsequently, HSI SAs conducted an immigration inspection on QUEZADA to determine his admissibility and it was determined that QUEZADA was not in possession of a valid unexpired immigrant visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable document, or document of identity and nationality to be enter, pass through, or remain in the United States. HSI SAs determined that QUEZADA is inadmissible to the United States, and SAs arrested and transported QUEZADA to HSI Office in San Juan, Puerto Rico, for further processing.

3. Record checks revealed that QUEZADA is a native and citizen of the Dominican Republic by virtue of his birth in San Francisco de Macori, Dominican Republic. Records further revealed that QUEZADA illegally entered the United States without going through inspection on May 14, 2018. On this date he was apprehended, and an Expedited Removal was filed. On May 17, 2018, QUEZADA received a final order of removal and, on May 18, 2018, QUEZADA was physically removed from the United States to the Dominican Republic.

4. HSI special agents read the Miranda rights to QUEZADA, which he waived. After waiving his Miranda rights, QUEZADA admitted to be illegally present in the United states and that he entered the United States by sea utilizing a yawl "handmade boat" on or about 2020 near Aguadilla, Puerto Rico. QUEZADA also expressed that the owner of Mas Mallorca was employing QUEZADA knowingly that he was illegally present in the United States and that QUEZADA was getting paid cash due to QUEZADA immigration status.

5. Record checks also revealed that as of February 5, 2025, QUEZADA had not submitted an application requesting permission to enter the United States (Form I-212) before the United States Citizenship and Immigration Services ("USCIS"). Thus, QUEZADA has not obtained consent from the Secretary of Homeland Security to enter the United States, nor does he have any immigration documents allowing him to legally enter and/or remain in the United States.

6. On February 5, 2025, QUEZADA, a national and citizen of the Dominican Republic, was found in the United States after been previously removed from the United States. QUEZADA was not admitted, inspected, or paroled into the United States by an immigration officer, nor did QUEZADA present himself at a designed port of entry for inspection.

## CONCLUSION

7.  Based on the forgoing, and based upon my training, experience and participation in this and other investigations, I believe that sufficient probable cause exists to demonstrate that Carlos Eduardo QUEZADA-Diaz illegally reentered the United States after being removed and subsequent to a felony conviction, in violation of 8 U.S.C. § 1326(a).

Respectfully submitted,

LUIS O GONZALEZ-ENCARNACION
Digitally signed by LUIS O GONZALEZ-ENCARNACION
Date: 2025.02.06 10:33:35 -04'00'

Luis Gonzalez-Encarnacion
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me pursuant to FRCP 4.1 on this __6th__ day of February 2025, at __11:00 a.m.__.

Digitally signed by Hon. Bruce J. McGiverin

HON. BRUCE J. MCGIVERIN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF PUERTO RICO