IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**CARLOS E. QUEZADA-DÍAZ,**<br>Defendant. | **Crim. No. 25-078(MAJ)** |

**WAIVER OF APPEARANCE AT ARRAIGNMENT**

TO THE HONORABLE COURT:

The undersigned defendant Carlos Quezada-Díaz, hereby affirms that she/he has been advised of the charges in Indictment 25-078 (MAJ), that counsel has forwarded to him/her a copy of said Indictment, and after being duly advised of his/her rights to be present at arraignment, waives said right and respectfully enters PLEA OF NOT GUILTY to the charges levied against him/her, pursuant to Rule 10(b) of the Rules of Criminal Procedure .

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 21st day of February 2025.

**RACHEL BRILL**
Federal Public Defender
District of Puerto Rico

**s/ SULAY RIOS-FUENTES**
Assistant Federal Public Defender
USDC-PR 222901
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922 / Fax (787) 281-4899
Email: sulay_rios@fd.org

_____          _____
DEFENDANT'S SIGNATURE                              ATTORNEY'S SIGNATURE