IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CARLOS E. QUEZADA-DIAZ,<br>Defendant. | Crim. No.:    25-078 (MAJ) |

SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

COMES NOW the Defendant, Carlos Eduardo Quezada-Diaz, by and through undersigned counsel, and respectfully submits this memorandum in advance of sentencing in this matter. Mr. Quezada requests that the Court consider the following factors under 18 U.S.C. § 3553(a) in support of a sentence of time served, a sentence that is sufficient, but not greater than necessary to comply with the purposes of sentencing.

Mr. Quezada is a hard-working individual who entered the United States not for criminal gain, but for the deeply human reason of reuniting with his U.S. citizen children and his siblings, all of whom lawfully reside in the United States. His decision to return was not made lightly or recklessly; rather, it was made in the context of family ties and the desire to provide stability and support to his loved ones.

Mr. Quezada has demonstrated a consistent pattern of law-abiding behavior. Since his release on bond more than eight months ago, he has fully complied with all conditions of release. He has made every court appearance, maintained regular contact with pretrial services, and his attorney. There have been no incidents, violations, or new arrests during this time. His compliance speaks volumes about his respect for the law and this Court.

Furthermore, Mr. Quezada has no history of drug or alcohol abuse, distinguishing him from many similarly situated defendants. His personal conduct reflects someone who leads a sober, stable, and responsible life. He is a man defined not by his conviction, but by his desire to contribute meaningfully to society and support his family. At the time of his arrest Quezada had been working as a manager in a bakery for around five (5) years.

A particularly important consideration in Mr. Quezada's case is the fact that he is subject to removal from the United States following the completion of any imposed sentence. This reality means that Mr. Quezada will likely be separated—again—from his children and siblings, a consequence that is both severe and deeply personal. The collateral consequence of deportation, though not part of the formal sentence, functions as a profound penalty in its own right. In this case, Mr. Quezada will likely face long-term or permanent separation from his family, a punishment of unique and lasting consequence.

In light of all the above, a sentence of time served or a non-custodial sentence, as permitted under the circumstances, would meet the goals of sentencing without being greater than necessary. Mr. Quezada has already spent significant time in federal proceedings, endured the uncertainty of immigration consequences, and demonstrated exemplary conduct while on bond.

Moreover, Mr. Quezada poses no threat to public safety, has no history of violence, and has used his time under supervision to attend church and grow his faith in preparation for his sentencing hearing. A lenient sentence would permit him to continue this positive trajectory and ease the burden on the Bureau of Prisons, all while acknowledging the seriousness of the offense.

Mr. Quezada stands before the Court remorseful, respectful, and hopeful for leniency. He accepts responsibility for his actions and simply asks that the Court consider his family ties, record of lawful behavior, immigration consequences, and his exemplary conduct while on bond as grounds for a lenient sentence consistent with the goals of 18 U.S.C. § 3553(a).

**WHEREFORE,** Mr. Quezada respectfully requests that this Honorable Court takes notice of this sentencing memorandum and sentence Mr. Quezada to the time ha has already served- as requested.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I filed the foregoing document with the Clerk of the Court for the District of Puerto Rico, through the CM/ECF Electronic Filing System, which will send notification of this filing to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, October 9, 2025.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

**/s/ Sulay Rios-Fuentes**
Sulay Rios-Fuentes Esq.
USDC-PR # 222901
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
T: 787-281-4922 / F: 787-281-4899
Email: Sulay_Rios@fd,org